UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELO URIBE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FRANK DREESEN, et al.,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-01314-JAD-BNW<br><br>**ORDER**<br><br>(ECF No. 4) |

　　　On July 22, 2024, this Court ordered Plaintiff to either pay the full $405 filing fee or file a complete application to proceed *in forma pauperis* and to file an amended complaint, because the original complaint he submitted was not signed. Plaintiff has filed a motion for clarification, insisting that the complaint he submitted is signed. ECF No. 4. The Court construes the motion as seeking reconsideration of its prior order, and it denies Plaintiff that relief. Plaintiff submitted a complaint that consists of 3 together with 32 pages of exhibits. ECF Nos. 1-1, 1-2. As the Court previously found, the complaint is not signed by Plaintiff. Plaintiff is cautioned that he should consult with the prison's law library to ensure that he is following proper procedure to prepare his documents for filing.

　　　It is therefore ordered that Plaintiff's motion for clarification (ECF No. 4) is construed as a motion for reconsideration, and it is denied.

　　　It is further ordered that the deadlines set in the Court's July 22, 2024, order (ECF No. 3) to file a first amended complaint and either pay the full filing fee or file a complete application to proceed *in forma pauperis* remain in effect.

　　　The Clerk of the Court is directed to send plaintiff Angelo Uribe a courtesy copy of his initiating documents (ECF Nos. 1, 1-1, 1-2).

　　　DATED: July 26, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE