UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELO URIBE,<br><br>        Plaintiff,<br><br>    v.<br><br>FRANK DREESEN, et al.,<br><br>        Defendants. | Case No.: 2:24-cv-01314-JAD-BNW<br><br>**ORDER** |

Plaintiff Angelo Uribe brings this action under 42 U.S.C. § 1983 to redress constitutional violations he allegedly suffered while incarcerated at High Desert State Prison. Because Plaintiff failed to submit a signed complaint and either pay the full $405 filing fee or file an application to proceed *in forma pauperis* ("IFP"), the Court ordered him to correct both defects by September 20, 2024. ECF No. 3. Before that deadline expired, Plaintiff moved for clarification, arguing that he submitted a signed complaint to the Court. ECF No. 4. The Court construed Plaintiff's motion as seeking reconsideration and denied that relief because the complaint he submitted was not signed. ECF No. 5. The Court reiterated that Plaintiff had until September 20, 2024, to file a signed amended complaint and either pay the filing fee or file an IFP application. *See id.*

Plaintiff timely filed a signed amended complaint. ECF No. 6. But he has not addressed the matter of the filing fee. And it appears that Plaintiff is no longer incarcerated. *See* ECF No. 7. But considering that Plaintiff filed a signed amended complaint and provided his updated address, the Court will grant him **a final** extension of time to address the matter of the filing fee.

It is therefore ordered that Plaintiff has **until January 8, 2025**, to either pay the full $405 filing fee or file an application to proceed *in forma pauperis* for non-inmates.

The Clerk of the Court is directed to send the plaintiff the approved form application to proceed *in forma pauperis* for non-inmates and instructions for the same.

DATED: December 9, 2024

_____
UNITED STATES MAGISTRATE JUDGE